**STATE OF CALIFORNIA**
**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
**NOTICE TO APPEAR**
CHP 215 (REV. 06/15)

HV 00792

☐ MISDEMEANOR
☑ Traffic   ☐ Nontraffic

Date of Violation: 9/10/15   Time: 1015 PM   Day of the Week: M
☐ Owner's Responsibility (§40002.6)

Name (First, Middle, Last): Francisco L. Mont...

Address: [redacted]

Driver Lic. No: [redacted]   State/Country: CA   Commercial: ☐ Yes ☑ No

Age: M   Sex: M   Eyes: BN   Hair: BN   Height: [redacted]   Weight: [redacted]   Race/Ethnicity: H

Veh. Lic. No. or VIN No.: [redacted]   State: CA   Reg. Exp: 6/17

Yr. of Veh.: 12   Make: Chev   Model: Impala   Body Style: 4D   Color: WHI   Veh. Type: 07

☐ COMMERCIAL VEH (§15210(b) VC)
☐ HAZARDOUS MATE... (§353 VC)

Evidence of Financial Responsibility or CHP / DOT / PUC / ICC: CNTZ

Registered Owner or Lessee: ☐ Same as Driver
Address: ☐ Same as Driver
City:   State:   ZIP Code:

Correctable Violation (§40610 VC)   ☐ Booking Required (See Reverse)   Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | M/I |
|---|---|---|---|---|
| ☐ | ☑ | CVC 22356(b) | MAX 70 MPH | M ☑ |
| ☑ | ☐ | VC 12951(a) | NO DL IN POSSESSION | M ☑ |
| ☐ | ☐ | | | M I |
| ☐ | ☐ | Loop - | | M I |

Speed Approx: 85   P.F./Max Spd: 70   Veh. Lmt.:   Safe:   Special:

Location of Violation(s) at: I-5 S/B S/O Genesee SD

Beat: 80   Area: 1080   Perm. Area:   ☐ Radar / Lidar Unit / Patrol Vehicle No.: 1304003   ☑ MVARS

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Executed at (place): San Diego , California

Dec. Date: 9/10/15   Arresting or Citing Officer: Montgomery   I.D. No.: 19002   Vacation Dates: to

Dec. Date:   Name of Arresting Officer, if different from Citing Officer   I.D. No.   Perm. Area:   Vacation Dates: to

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.**
X  SIGNATURE: [signature]

WHEN:   DATE: 11/9/15   TIME: 8:00   ☑ AM ☐ PM
WHAT TO DO:   FOLLOW THE INSTRUCTIONS ON THE REVERSE
WHERE:   ☑ SUPERIOR COURT   ☐ JUVENILE
ADDRESS: 220 W Broadway 92101
PHONE NO.: 619-xxx-4100

HV 00792

☐ To be notified
☐ You may arrange with the clerk to appear at a night session of the court.

Judicial Council of California Form TR-130
Rev. 06-26-15 (§§ 40500(b), 40513(b), 40522, 40600 VC; § 853.9 PC.)
**SEE REVERSE**

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
NOTICE OF CORRECTION AND PROOF OF SERVICE
CHP 411 (Rev. 1-04) OPI 061

NAME OF COURT: EL CAJON SUPERIOR COURT
STREET ADDRESS: 250 E. MAIN ST
MAILING ADDRESS:
CITY AND ZIP CODE: EL CAJON, CA 92020
BRANCH NAME:
TELEPHONE: 619-456-4100

PEOPLE OF THE STATE OF CALIFORNIA
vs.
DEFENDANT: FRANCISCO E. SCHAFFER

NOTICE OF CORRECTION AND PROOF OF SERVICE
(Vehicle Code § 40606)

AMENDING OFFICER NAME/ID NO: MONTGOMERY 10012
CITATION NUMBER: IV06792
CALIFORNIA HIGHWAY PATROL, AREA NAME: EL CAJON
CASE NUMBER:

1. A Notice to Appear/Notice to Correct Violation was issued to you by an officer of this department on (date): 9/10/18
2. The citation issued to you contained an error as indicated by the items checked below. This notice of correction does not affect the validity of the citation or the required court appearance.

☐ Date/time of violation should be
☐ Date/time of court appearance should be changed from _____ to _____
☐ Violation section(s) should be changed from _____ to _____
☐ Location of violation should be changed from _____ to _____
☑ Other (specify): REGISTERED OWNER: USGOVERNMENT VEHICLE, NO ADDRESS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/10/18

_____
(Signature of officer)

---

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
CHP 411 (Rev. 1-04) OPI 061

**PROOF OF SERVICE**

I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.
My business address is: 1722 E. MAIN ST, EL CAJON CA 92021

On (date): 9/12/18, I served this Notice of Correction on the parties at the address listed below by depositing it in a sealed envelope, postage prepaid, within the United States Postal Services at (city and state): EL CAJON CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/12/18

CT                              CT
(Type or print name)            (SIGNATURE)

Original to Court           Defendant's Address: [REDACTED]

Form adopted for Mandatory Use
Judicial Council of California
TR-100 [Rev. January 1, 2004]

ChpA11.5-145.pdf



**Superior Court of California
County of San Diego
East County Division
250 East Main Street
El Cajon, CA 92020-3990
(619) 456-4100**

**Bring this Reminder Notice
with you to court**

**Case#:** 18T251015E
**Ticket#:** HV00792
**Appearance Date:** 11/21/2018
**Total Bail:** $604.00
**Traffic School:** $428.67
**Court Code:** 37440

[For Court Use Only]
**Filed Date:** 09/14/2018
**License #:** ▮▮▮▮▮▮▮▮▮▮
**Offense Date:** 09/10/2018
**Vehicle License #:** ▮▮▮▮▮▮

000240 000001079        CN



FRANCISCO E SCHARFF

You have been charged with the following violation(s): VC 22356(b), VC 12951(a).

*If you have already taken care of this matter, disregard this notice.*

**PLEASE NOTE, AS STATED BELOW:**
Effective March 1, 2018, ALL COURTROOM APPEARANCES ARE BY APPOINTMENT ONLY
INCLUDING THE APPEARANCE DATE ON YOUR TICKET - NO WALK-INS

**ON-LINE SERVICES - DON'T WAIT IN LINE OR ON THE PHONE!**
Pay ticket, pay fine, make payment, request continuance or traffic school, set up payment plan or schedule court appearance
**GO TO: WWW.SDCOURT.CA.GOV**
Effective March 1, 2018, an appointment is required for ALL COURTROOM APPEARANCES, including the appearance date on your ticket.
Appointments may be scheduled at WWW.SDCOURT.CA.GOV any time or by calling (619) 456-4100,
Monday through Friday 8:30 a.m.-11:30 a.m. Bail is not required to appear in court.

The intent of this notice is to provide typical options available on your case. Options or requirements for individual violations may not be fully addressed in this notice.

**Financial Hardship:** If you can show that you are unable to pay the full amount shown above, you may request the court consider your ability to pay and reduce the fine, request a payment plan, or ask the court to consider community service in lieu of part of your fine.

**To Pay Your Ticket (Bail Forfeiture):** Pay $604.00 on or before 11/21/2018 and settle this citation by bail forfeiture with no further action required. A conviction will be reported to the Department of Motor Vehicles if the violation is reportable.

**Traffic School:** You may be eligible to attend traffic school for violation(s) VC 22356(b). To be eligible, you must not have attended traffic school for a violation occurring within 18 months of the current violation. For those with a commercial driver license, you must not have been driving a commercial vehicle. If you are eligible and decide not to attend traffic school, your automobile insurance may be adversely affected. For drivers with a noncommercial driver license, one conviction in any 18-month period will be held confidential and not show on your driving record if you complete traffic school. For drivers with a commercial driver license, one conviction in any 18-month period will show on your driving record without a violation point if you complete traffic school. If you choose to attend traffic school, you must pay $428.67* to the court on or before 11/21/2018 and attend a DMV approved traffic violator school. Instructions on how to access the DMV's approved list of schools, and additional information, is available on the court's website at www.sdcourt.ca.gov.
*This amount does not include the fees that you must pay to the traffic school.

**License:** For violation VC 12500(a) or VC 12951(a) mail or bring to the court proof of license that was valid at the time your ticket was written. Acceptable proof is a California driver license that was valid on 09/10/2018. A fee of $25 must be submitted with your proof of license to dismiss the violation.

**Not Guilty:** You may request a court trial or a trial by written declaration.
    **Court Appearance*:** Effective March 1, 2018, **ALL COURTROOM APPEARANCES** are by appointment only and may be scheduled at www.sdcourt.ca.gov any time, or by calling (619) 456-4100, Mon-Fri 8:30 a.m.-11:30 a.m. Bail is not required to appear in court.
    **Mail:** *Court trial:* submit a request indicating that you intend to plead not guilty and are requesting an arraignment and court trial on the same date.(See SDSC Form #MO-012) *Trial by Written Declaration:* submit a Request for Trial by Written Declaration (Judicial Council Form #TR-205). (See SDSC Form #MO-051 for information and instructions regarding trial by written declaration.) Both of these options require that full bail of $604.00 be posted along with the request by the date above.** (VC §§ 40519, 40902)
    **Business Office*:** Indicate to the clerk you are requesting a court trial or trial by written declaration and pay $604.00.**
(VC §§ 40519 and VC 40902) For a trial by written declaration, submit a Request for Trial by Written Declaration (Judicial Council Form #TR-205). (See SDSC Form #MO-51 for information and instructions for a trial by written declaration.)
All forms are available online at www.sdcourt.ca.gov.
*Multiple appearances may be required under this option.
**Credit/debit card payments cannot be accepted for this option. If you are found not guilty, your bail will be refunded.

(Continued on page 3)

**FAILURE TO TAKE ACTION ON OR BEFORE 11/21/2018 OR TO APPEAR ON THE COURT DATE YOU SCHEDULED, MAY RESULT IN ONE OR MORE OF THE FOLLOWING:**
1. A warrant for your arrest.
2. Suspension of your driver license or inability to renew your registration.
3. Referral to a collection agency and up to an additional $300.00 civil assessment pursuant to Penal Code 1214.1.
4. You may be subject to wage garnishments, tax refund intercept and bank levies through the Franchise Tax Board.

**BUSINESS OFFICE HOURS:** 8:00 a.m. - 4:00 p.m. Monday - Friday, excluding court holidays. Business office appointments are not required but are recommended.
**COURT APPEARANCES:** Effective March 1, 2018, ALL COURTROOM APPEARANCES, including the appearance date on your ticket, are by appointment only. Appointments may be scheduled at www.sdcourt.ca.gov, any time or by calling (619) 456-4100 Monday-Friday 8:30 a.m.-11:30 a.m..
*Note: Allow a minimum of 4 hours for court appearance or court business transaction.*

## CERTIFICATE OF CORRECTION

**Name:** FRANCISCO E SCHARFF
**Case/Ticket #:** 18T251015E

**Vehicle License #:**
**Driver License #:**
**Appearance Date:** 11/21/2018

Violation(s): VC 12951(a)

Sections Cleared: _____

Cleared by: _____ Badge Number: _____

Agency: _____ Date: _____

**Payment Information:** You may pay by Visa, MasterCard, check or money order. Payment can be made in person, by mail or through the Internet at www.sdcourt.ca.gov. Make check or money order payable to "Clerk of Superior Court." Include a copy of this notice with your payment or any correspondence. **DO NOT SEND CASH.**
*There is a $22 service charge on all returned checks.*
Complete credit card form below and fax this notice to (619) 456-4343 or mail to 250 East Main Street, El Cajon, CA 92020-3990.

☐ Visa    ☐ MasterCard

**FRANCISCO E SCHARFF**

Card #: __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**Case/Ticket#:** 18T251015E
**Appearance Date:** 11/21/2018
**Filed Date:** 09/14/2018
**Offense Date:** 09/10/2018

Expiration Date: _____ Security Code*: __ __ __
*The 3-digit number found on the reverse of the card

Amount to be Charged: $ _____

Cardholder Name: _____
Print name exactly as it appears on card

Daytime Phone # (required): (____) _____

Cardholder Signature: _____

Superior Court of California
County of San Diego
East County Division
250 East Main Street
El Cajon, CA 92020-3990