**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ☐ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101
- ☐ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123
- ☒ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 500, VISTA, CA 92081
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., ANNEX BUILDING, SUITE 350 VISTA, CA 92081
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

**FOR COURT USE ONLY**
F I L E D
Clerk of the Superior Court
NOV 01 2018
By: _____, Deputy
EAST COUNTY DIVISION

PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT: Francisco E. Scharff

**MISDEMEANOR AND INFRACTION COUNTER/FAX ARRAIGNMENT FORM**

SUPERIOR COURT CASE NUMBER: 18T251015E

Violation(s): CVC 22356(b); CVC 12951(a)

Date of Offense: 9/10/2018    Appearance Date: 11/21/2018

**IF CASE NUMBER IS UNKNOWN:**

Defendant's Name (First, Middle, Last): _____    Date of Birth: _____

Address: _____ Street / City / State / Zip Code

**ATTORNEY STATEMENT:** This case meets all San Diego Superior Court Counter/FAX arraignment criteria as stated in the Misdemeanor and Infraction Counter/Fax Arraignment Criteria form (SDSC Form #CRM-140). I have read this form and make the representations and agreements thereby. I represent that the defendant is NOT IN CUSTODY and that I am authorized by the defendant, and do hereby enter my general appearance in this case on behalf of the defendant, to enter a NOT GUILTY plea, WAIVE reading of complaint, WAIVE time for trial and deny any probation violations, priors or allegations. I further agree to appear on the date and time assigned by the court as indicated below.

☐ Request an interpreter for court proceedings. Language: _____

☐ DEMAND Jury Trial    ☒ WAIVE Jury Trial

Attorney's Name: Jason L. Aldrich    State Bar Number: 213379

Address: PO Box 211027    Chula Vista    CA    91910

Telephone Number: (619) 361-7114    FAX Number: (888) 506-9130

Date(s) attorney is unavailable to appear (within 60 days): Nov. 5, 16, 19, 23; Dec. 14, 17, 18, 19, 24, 26, 27, 28, 31; Jan. 2
Note that the court may consider, but is not required to accommodate, the attorney's schedule.

Date: Nov. 1, 2018    Signature of Attorney

**FOR COURT USE ONLY**

APPEARANCE set for **COURT TRIAL** on 1-16-19 in dept. 1 at 1:30 a.m./**p.m.**

APPEARANCE set for _____ on _____ in dept. _____ at _____ a.m./p.m.

☐ FUTURE DATE VACATED: _____    ☒ DATE ATTORNEY NOTIFIED: NOV 16 2018

LOCATION OF APPEARANCE:
- ☐ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101
- ☐ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123
- ☒ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 500, VISTA, CA 92081
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., ANNEX BUILDING, SUITE 350, VISTA, CA 92081
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

RELEASE STATUS:    ☒ Own Recognizance    ☐ Cash Bail Posted, continued    ☐ Bail Bond Posted, continued

WARRANT STATUS:    ☐ RECALLED _____ / _____
                                            DATE        Clerk's Initials

☐ CASE IS NOT FILED WITH THE COURT AT THIS TIME. THE DEFENDANT MUST APPEAR IN COURT OR AT THE BUSINESS OFFICE ON THE DATE AND TIME NOTED ON CITATION OR RELEASE DOCUMENT.

☐ THE FORM HAS BEEN REJECTED AND RETURNED BECAUSE: (see attached SDSC Form #CRM-142)

By Order of the San Diego Superior Court Presiding Judge: PETER C. DEDDEH    NOV 16 2018    J. Cooke
                                                                                                                                                Clerk

**MISDEMEANOR AND INFRACTION COUNTER/FAX ARRAIGNMENT FORM**

SDSC CRM-141 (Rev. 3/18)
Mandatory Form