Jason L. Aldrich, Attorney at Law
California SBN 213379
P.O. Box 211027
Chula Vista, CA 91921-1027
Telephone:     (619) 361-7114
Facsimile:      (888) 506-9130
Email: jaldrich@bpunion.org

Attorney for Defendant Francisco Scharff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California,<br><br>                Plaintiff,<br><br>v.<br><br>Francisco Scharff,<br><br>                Defendant. | CASE NO.:   18cv2700-LAB (LL)<br><br>**JOINT MOTION OF UNDISPUTED FACTS** |

      Defendant, by and through his attorney of record, hereby submits this Joint Motion of Undisputed Facts as required by the Court's Order dated January 18, 2019.  This Joint Motion, although filed by Counsel for the Defendant, was agreed upon between Deputy Attorney General Craig Russell, on behalf of the People of the State of California, and, Counsel for the Defendant, Jason L. Aldrich.  The undisputed facts are as follows:

  1.  Ben Montgomery is a Peace Officer granted powers as a California Highway Patrol Officer pursuant to California Penal Code 830.2(a).  As a California Highway Patrol Officer, Officer Montgomery is empowered to enforce the California Vehicle Code upon California highways and roadways to the extent permitted by law.

  2.  The U.S. Border Patrol is a sub-component of U.S. Customs and Border Protection, which in turn is a component of the federal agency, the U.S. Department of Homeland Security.  (*See*, 6

1 U.S.C. secs 111 and 211(a) and (e).)

2     3. Defendant is employed as a U.S. Border Patrol Agent. As a sworn agent of the U.S.
3 Border Patrol, Defendant is empowered as a law enforcement officer pursuant to 8 U.S.C. section
4 1357.

5     4. On September 10, 2018, at approximately 6:15 p.m., Officer Montgomery was on duty
6 and wearing his regular CHP uniform identifying him as a law enforcement officer. He was
7 operating a fully and properly marked CHP patrol vehicle.

8     5. On this same date and time, Defendant was on duty as a U.S. Border Patrol Agent,
9 wearing plain clothes. He could not be readily identified as a law enforcement officer by the
10 clothing he was wearing.

11     6. On this same date and time, Defendant was the driver of an unmarked Chevrolet Tahoe
12 that is owned by the federal government, Department of Homeland Security, U.S. Customs and
13 Border Protection, U.S. Border Patrol. This Chevrolet Tahoe cannot be readily identified as a law
14 enforcement vehicle. Supervisory Border Patrol Agent Benjamin Blanchard was a passenger
15 seated in the front passenger seat of the Chevrolet Tahoe. Border Patrol Agent Christopher
16 Ramos was seated in the back seat of the Chevrolet Tahoe.

17     7. Defendant yielded to a traffic stop initiated by California Highway Patrol Officer
18 Montgomery. The traffic stop occurred on the off-ramp from Interstate 8 eastbound to Kitchen
19 Creek Road, located in San Diego County.

20     8. Upon being contacted by Officer Montgomery, Defendant advised Officer Montgomery
21 that he was an on-duty U.S. Border Patrol Agent operating a vehicle owned by the federal
22 government.

23     9. Officer Montgomery asked Defendant for his California Driver's License, to which
24 Defendant replied he did not have his license in his personal possession at that time.

25     10. Defendant provided Officer Montgomery his U.S. Border Patrol Agent badge and
26 credentials, to which Officer Montgomery momentarily took possession of for his examination.

27     11. After returning Defendant his law enforcement badge and credentials, Defendant was
28 issued a traffic citation for violation of:

    a. California Vehicle Code section 22356(b), operating a motor vehicle upon that highway at a speed greater than 70 miles per hour; and,

    b. California Vehicle Code section 12951(a), not possessing his valid California Driver's License on his person at the time he was driving a motor vehicle upon a highway

12. At the time of the traffic stop, Defendant was on duty and assigned to work in the Campo Border Patrol Station's Area of Responsibility.

13. Defendant, when stopped by Officer Montgomery while driving eastbound on Interstate 8, was en route to the Campo Border Patrol Station.

Respectfully submitted,

January 25, 2019  
Dated

/s Jason L. Aldrich  
Jason L. Aldrich  
Attorney for Defendant

January 25, 2019  
Dated

/s Craig Russell  
Craig H. Russell  
Attorney for Plaintiff People of the State of California

3