# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                        Plaintiff,<br><br>v.<br><br>FRANCISCO E. SCHARFF,<br><br>                        Defendant. | Case No.: 18cv2700-LAB (LL)<br><br>**VERDICT AND ORDER OF DISMISSAL** |

U.S. Border Patrol Agent Francisco Scharff, removed this criminal case from state court under 28 U.S.C. §1442(a). He alleged that his actions that led to the state criminal charges pending against him were performed in the course of his federal job duties, and he raised the federal defense of official immunity first articulated in *In re Neagle*, 135 U.S. 1 (1890). The Court determined it had jurisdiction.

After receiving briefing on the defense, the Court held an evidentiary hearing today, February 8, 2019. Based on the testimony presented at the hearing and the joint statement of uncontested facts, the Court finds that Agent Scharff is entitled to the protection of official immunity because his actions were reasonably necessary to carry out his federal duties. *See Clifton v.* Cox, 549 F.2d 722, 728

(9th Cir. 1977). Specifically, exigent circumstances justified his decision to drive faster than the speed limit so he and other agents could interdict suspected alien smugglers.

After the Court announced its finding, the parties agreed the proper procedure was for the Court to acquit Agent Scharff, rather than remand the case to state court and enjoin further prosecution. The Court therefore **ACQUITS** Agent Scharff of the charge of violating California Vehicle Code § 22356(b) (traveling faster than 70 mph on the highway).

Plaintiff, the People of the State of California, moved to dismiss the remaining charge, under California Vehicle Code § 12951(a) (not possessing a valid California driver's license while driving), and the Court granted the motion. That charge is **DISMISSED**.

No charges or other issues remain pending in this case. The Clerk is directed to enter judgment in this case in favor of Defendant, and to close the docket.

**IT IS SO ORDERED**.

Dated: February 8, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge